UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUDY BROWNE,<br><br>        Plaintiff,<br>v.<br><br>CHRYSLER CAPITAL LLC,<br>SYNCHRONY BANK, EQUIFAX<br>INFORMATION SERVICES LLC, AND<br>TRANSUNION LLC,<br><br>        Defendants. | :<br>:<br>:<br>:<br>: Case No.: 1:17-cv-05744-DLI-CLP<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**DEFENDANT SYNCHRONY BANK'S CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Synchrony Bank, by its undersigned counsel, respectfully submits the following corporate disclosure statement. Synchrony Bank is a wholly owned subsidiary of Synchrony Financial. Synchrony Financial is a publicly traded company of which no entity or shareholder owns ten (10) percent or more of its publicly traded shares.

Dated: December 28, 2017

                                                     Respectfully submitted,

                                                     REED SMITH, LLP

                                                     */s/ Nana (Japaridze) Boyer*
                                                     Nana (Japaridze) Boyer
                                                     599 Lexington Avenue
                                                     New York, New York 10022
                                                     Telephone:  212-521-5400
                                                     *Attorneys for Defendant Synchrony Bank*

## CERTIFICATE OF SERVICE

  I hereby certify that on this 28th day of December, 2017, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to the registered participants as identified on the Notice of Electronic Filing.

             REED SMITH, LLP

             /s/ *Nana (Japaridze) Boyer*
             Nana (Japaridze) Boyer
             599 Lexington Avenue
             New York, New York 10022
             Telephone:  212-521-5400
             *Attorneys for Defendant Synchrony Bank*