**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JUDY BROWNE, | NOTICE OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| Plaintiff, | |
| v. | Civil Action No. 1:17-cv-05744- DLI-RML |
| CHRYSLER CAPITAL LLC, et al., | |
| Defendants. | |

---

TO:  Adam Guttmann Singer
 Brett David Sherman
 Law Office of Adam G. Singer
 254 S Main Street
 Suite 516
 New City, NY 10956
 212-842-2428
 Fax: 212-658-9682
 Email: asinger@adamsingerlaw.com
 Email: brett.sherman@adamsingerlaw.com
 *Attorneys for Plaintiff*

PLEASE TAKE NOTICE that upon the annexed affidavit of Theodore Roethke in support of this motion and the Certificates of Good Standing annexed thereto we will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of movant, an attorney with the firm King & Spalding LLP and a member in good standing of the State Bars of Georgia, California, and Minnesota, as attorney pro hac vice to argue or try this case in whole or in part as counsel for defendant Equifax Information Services LLC. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted this 14th day of June, 2018.

/s/ *Theodore Roethke*
Theodore Roethke
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: troethke@kslaw.com
*Counsel for Defendant Equifax Information Services LLC*

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to the following

Adam Guttmann Singer
Brett David Sherman
Law Office of Adam G. Singer
254 S Main Street
Suite 516
New City, NY 10956
Email: asinger@adamsingerlaw.com
Email: brett.sherman@adamsingerlaw.com
*Counsel for Plaintiff*

Jennifer Neuner
McGuire Woods LLP
1345 Avenue Of The Americas
7th Floor
New York, NY 10105
Email: jneuner@mcguirewoods.com

Benjamin J. Sitter
McGuireWoods LLP
Tower Two-sixty 260 Forbes Avenue
Suite 1800
Pittsburgh, PA 15222
Email: bsitter@mcguirewoods.com
*Counsel for Chrysler Capital LLC*

Nana Japaridze
Reed Smith LLP
599 Lexington Avenue
New York, NY 10022
Email: njaparidze@reedsmith.com
*Counsel for Synchrony Bank*

Camille Renee Nicodemus
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Email: cnicodemus@schuckitlaw.com
*Counsel for Transunion LLC*

This 14th day of June, 2018.

/s/ *Theodore Roethke*
Theodore Roethke

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

JUDY BROWNE,

          Plaintiff,

v.

CHRYSLER CAPITAL LLC, et al.,

          Defendants.

AFFIDAVIT OF THEODORE ROETHKE
IN SUPPORT OF MOTION TO ADMIT
COUNSEL PRO HAC VICE

Civil Action No. 1:17-cv-05744- DLI-RML

---

State of Georgia    )
                            )    ss:
County of Fulton   )

Theodore Roethke, being duly sworn, hereby deposes and says as follows:

    1.    I am an attorney with the law firm of King & Spalding LLP.

    2.    I submit this affidavit in support of my motion for admission to practice pro hac vice in the above captioned matter.

    3.    As shown in the Certificates of Good Standing annexed hereto I am a member in good standing of the State Bars of Georgia, California, and Minnesota.

    4.    There are no pending disciplinary proceedings against me in any State or Federal court.

    5.    I have not been convicted of a felony.

    6.    I have not been censured, suspended, disbarred or denied admission or readmission by any court.

    7.    Wherefore your affiant respectfully submits that he is permitted to appear as counsel and advocate pro hac vice in this one case for defendant Equifax Information Services LLC.

4

/s/ 
Theodore Roethke
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100
Email: troethke@kslaw.com
*Counsel for Defendant Equifax Information Services LLC*

Sworn to before me this
14th day of June, 2018.

_____
NOTARY PUBLIC

[Notary Seal: REBECCA GRAYSON, NOTARY PUBLIC, GEORGIA, COBB COUNTY, EXPIRES Mar. 11, 2019]

5



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *THEODORE EARL ROETHKE*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that THEODORE EARL ROETHKE, #257869, was on the 1st day of December 2008, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of June 2018.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By _____
F. Coello, Deputy Clerk

# STATE OF MINNESOTA
# IN SUPREME COURT

*Certificate of Good Standing*

This is to certify that the following lawyer is in good standing.

THEODORE EARL ROETHKE

was duly admitted to practice as a lawyer and counselor at law in all the courts of this state on

November 08, 2010

Given under my hand and seal of this court on

June 07, 2018

Emily J. Eschweiler, Director
Office of Lawyer Registration


**State Bar of Georgia**

*Lawyers Serving the Public and the Justice System*

Mr. Theodore Earl Roethke
King & Spalding LLP
1180 Peachtree Street NE Suite 1700
Atlanta, GA 30309

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 07/12/2013 |
| **BAR NUMBER:** | 111568 |
| **TODAY'S DATE:** | 06/08/2018 |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, administrative arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.



**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

Official Representative of the State Bar of Georgia

| HEADQUARTERS | COASTAL GEORGIA OFFICE | SOUTH GEORGIA OFFICE |
|---|---|---|
| 104 Marietta St. NW, Suite 100 | 18 E. Bay St. | 244 E. 2nd St. (31794) |
| Atlanta, GA 30303-2743 | Savannah, GA 31401-1225 | P.O. Box 1390 |
| 404-527-8700 • 800-334-8665 | 912-239-9910 • 877-239-9910 | Tifton, GA 31793-1390 |
| Fax 404-527-8717 | Fax 912-239-9970 | 229-387-0446 • 800-330-0446 |
| www.gabar.org | | Fax 229-382-7435 |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDY BROWNE | ADMISSION TO PRACTICE |
| Plaintiff, | PRO HAC VICE |
| v. | |
| | ORDER (Proposed) |
| CHRYSLER CAPITAL LLC, et al., | |
| | Civil Action No. 1:17-cv-05744- DLI-RML |
| Defendant. | |

The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney Theodore Roethke is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant Equifax Information Services LLC.

This Order becomes effective upon the Court's receipt of the required $150.00 fee and confirms your appearance as counsel in this case. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

Dated: _____, 2018.

_____
United States District/Magistrate Judge